PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
Jun 12, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ▇▇▇▇▇▇▇▇▇▇▇▇ <br> ADOLFO MONTIEL, <br> JOSE NUNEZ, <br> JESUS PEREZ GARCIA JR., <br> ANDRES SILVA-CORONA PEREZ, <br> RUBEN SAENZ, <br> ELVIS DAVID VASQUEZ, <br> MIRELLA CASTILLO, <br> SERGIO PENA, <br> ▇▇▇▇▇▇▇▇▇▇▇▇ <br> CALVIN GUNTETONG, <br> ▇▇▇▇▇▇▇▇▇▇▇▇ <br> JACKLYN SAENZ, <br> ▇▇▇▇▇▇▇▇▇▇▇▇ <br> ALLEN KHAMTRASHYAN, AND <br> EMILY VELA, <br><br> Defendants. | CASE NO.   1:24-cr-00128-JLT-SKO <br><br> 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, Fentanyl, and Cocaine; <br> 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine and Fentanyl; <br> 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine (2 Counts); <br> 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine; <br> 21 U.S.C. § 853(a) – Criminal Forfeiture |

INDICTMENT

# INDICTMENT

**COUNT ONE:** [21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, Fentanyl, and Cocaine]

The Grand Jury charges: T H A T

███████████████████████████████

ADOLFO MONTIEL,
JOSE NUNEZ,
JESUS PEREZ GARCIA JR.,
ANDRES SILVA-CORONA PEREZ,
RUBEN SAENZ,
ELVIS DAVID VASQUEZ,
MIRELLA CASTILLO,
SERGIO PENA,

███████████████████████████████

CALVIN GUNTETONG,

███████████████████████████████

JACKLYN SAENZ,

███████████████████████████████

ALLEN KHAMTRASHYAN, and
EMILY VELA

defendants herein, beginning on an unknown date, but no later than on or about January 21, 2023, and continuing through on or about June 5, 2024, in the Counties of Fresno and Merced, State and Eastern District of California, and elsewhere, did conspire and agree with each other and with persons both known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute a controlled substance.

███████████████████████████████████████████████████████████████

It is further alleged that ADOLFO MONTIEL's offense involved over 500 grams of a mixture or substance containing a detectible amount of methamphetamine, and over 40 grams of a mixture or substance containing a detectible amount of fentanyl, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A), (b)(1)(B).

It is further alleged that JOSE NUNEZ's offense involved over 500 grams of a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A).

It is further alleged that JESUS PEREZ GARCIA JR.'s offense involved over 500 grams of a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A).

It is further alleged that ANDRES SILVA-CORONA PEREZ's offense involved over 500 grams of a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A).

It is further alleged that RUBEN SAENZ's offense involved over 500 grams of a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A).

It is further alleged that ELVIS DAVID VASQUEZ's offense involved over 500 grams of a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A).

It is further alleged that MIRELLA CASTILLO's offense involved a mixture or substance containing a detectible amount of methamphetamine and a mixture or substance containing a detectible amount of fentanyl, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(C).

It is further alleged that SERGIO PENA's offense involved a mixture or substance containing a

1  detectible amount of fentanyl and a mixture or substance containing a detectible amount of
2  methamphetamine, both Schedule II controlled substances, in violation of Title 21, United States Code,
3  Sections 846 and 841(a)(1), (b)(1)(C).
4
5
6  [REDACTED]
7
8
9
10        It is further alleged that CALVIN GUNTETONG's offense involved a mixture or substance
11  containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of
12  Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(C).
13
14  [REDACTED]
15
16        It is further alleged that JACKLYN SAENZ's offense involved a mixture or substance
17  containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of
18  Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(C).
19
20
21
22
23  [REDACTED]
24
25
26
27
28

INDICTMENT                                                    4

It is further alleged that ALLEN KHAMTRASHYAN's offense involved a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(C).

It is further alleged that EMILY VELA's offense involved a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(C).

COUNT TWO: [21 U.S.C. § 841(a)(1) – Distribution of over 500 grams of Methamphetamine and over 40 grams of Fentanyl]

The Grand Jury further charges: T H A T

ADOLFO MONTIEL,

defendant herein, on or about March 2, 2023, in the County of Fresno, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute a controlled substance. It is further alleged that the offense involved over 500 grams of actual methamphetamine and over 40 grams of fentanyl, both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), (b)(1)(B).

1  COUNT FOUR: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

2  The Grand Jury further charges: T H A T

3  SERGIO PENA,

4  defendant herein, on or about May 3, 2023, in the County of Fresno, State and Eastern District of

5  California, and elsewhere, did knowingly and intentionally distribute a controlled substance. It is further

6  alleged that the offense involved a mixture or substance containing a detectible amount of

7  methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code,

8  Section 841(a)(1), (b)(1)(C).

9

10

11

12

13

14

15

16

17 FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) – Criminal Forfeiture]

18  1.  Upon conviction of the offenses alleged in Counts One through Five, defendants ▮

19 ▮

20 ADOLFO MONTIEL, JOSE NUNEZ, JESUS PEREZ GARCIA JR., ANDRES SILVA-CORONA

21 PEREZ, RUBEN SAENZ, ELVIS DAVID VASQUEZ, MIRELLA CASTILLO, ▮

22 ▮, SERGIO PENA, ▮, CALVIN GUNTETONG,

23 ▮ JACKLYN SAENZ, ▮

24 ▮

25 ▮ ALLEN KHAMTRASHYAN, AND EMILY VELA shall forfeit to the United States

26 pursuant to Title 21, United States Code, Section 853(a), the following property:

27  a.  All right, title, and interest in any and all property involved in violation of Title

28 21, United States Code, Section 841(a)(1), or conspiracy to commit such offense, for which defendants

INDICTMENT

6

are convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offense; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offense.

   b. A sum of money equal to the total amount of proceeds obtained as a result of the offense, or conspiracy to commit such offense, for which defendants are convicted.

  2. If any property subject to forfeiture, as a result of the offense alleged in Count One of this Indictment, for which defendants are convicted:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA
_____
FOREPERSON

PHILLIP A. TALBERT
United States Attorney

**KIMBERLY A. SANCHEZ**
_____
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Chief, Fresno Office

INDICTMENT            7

<u>United States v.</u> ████████████████████████████ et al.

**Penalties for Indictment**

**Defendants**

████████████████████████

ADOLFO MONTIEL,
JOSE NUNEZ,
JESUS PEREZ GARCIA JR.,
ANDRES SILVA-CORONA PEREZ,
RUBEN SAENZ,
ELVIS DAVID VASQUEZ
MIRELLA CASTILLO,
SERGIO PENA,

████████████████████████

CALVIN GUNTETONG,

████████████

JACKLYN SAENZ,

████████████████████████

ALLEN KHAMTRASHYAN, AND
EMILY VELA

**COUNT 1:**     **ALL DEFENDANTS**

VIOLATION:      21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, Fentanyl, and Cocaine

PENALTIES:      ████████████████████████, ADOLFO MONTIEL, JOSE NUNEZ, JESUS PEREZ GARCIA JR., ANDRES SILVA-CORONA PEREZ, RUBEN SAENZ, and ELVIS DAVID VASQUEZ

Mandatory minimum of 10 years in prison and up to life in prison; or Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years and up to life

**ADOLFO MONTIEL**

Mandatory minimum of 5 years in prison and up 40 years in prison; or

Fine of up to $5,000,000; or both fine and imprisonment
Supervised release of at least 4 years and up to life

**MIRELLA CASTILLO, CALVIN GUNTETONG, JACKLYN SAENZ, ALLEN KHAMTRASHYAN, AND EMILY VELA**

Up to 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years and up to life

SPECIAL ASSESSMENT: **ALL DEFENDANTS** – $100 (mandatory)

**COUNT 2:**   **ADOLFO MONTIEL**

VIOLATION:   21 U.S.C. § 841(a)(1) – Distribution of over 500 grams of a mixture or substance containing a detectible amount of methamphetamine and over 40 grams of a mixture or substance containing a detectible amount of fentanyl

PENALTIES:   Methamphetamine
Mandatory minimum of 10 years in prison and up life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years and up to life

Fentanyl
Mandatory minimum of 5 years in prison and up 40 years in prison; or
Fine of up to $5,000,000; or both fine and imprisonment
Supervised release of at least 4 years and up to life

SPECIAL ASSESSMENT: $100 (mandatory)





**COUNT 4:**         **SERGIO PENA**

VIOLATION:        21 U.S.C. § 841(a)(1) - Possession with intent to distribute methamphetamine

PENALTIES:        Up to 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years and up to life

SPECIAL ASSESSMENT: $100 (mandatory)



**FORFEITURE ALLEGATION:    ALL DEFENDANTS**

VIOLATION:        21 U.S.C. § 853(a) - Criminal Forfeiture

PENALTIES:        As stated in the charging document