WANGER JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for:     Defendant, Adolfo Montiel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>ADOLFO MONTIEL,<br><br>Defendant(s). | Case No.: 1:24-CR-00128-JLT-SKO<br><br>DEFENDANT'S OPPOSITION TO THE GOVERNMENT'S MOTION TO REVOKE MAGISTRATE JUDGE'S RELEASE ORDER<br><br>Date: July 8, 2024<br>Time: 9:00<br>Judge: Hon. Jennifer L. Thurston |

TO THE HONORABLE JENIFER L. THURSTON, FEDERAL DISTRICT COURT JUDGE, EASTERN DISTRICT OF CALIFORNIA:

    Defendant, Adolfo Montiel, by and through his counsel, Peter M. Jones, hereby submits his opposition to the Government's motion to revoke the Magistrate Judge's release order.

    Defendant adopts the Government's "Procedural Background" as set forth in their motion; and incorporates by reference the Pretrial Services Report prepared by the Pretrial Service Office for the Central District of California.

    The Government relies largely on the alleged circumstances of the offense, the Defendant's ties to Mexico and his criminal record in their revocation motion.

As noted in his original Pretrial Services Report, Mr. Montiel's alleged involvement occurred well over a year ago. A consent search was conducted in March of 2023 at his home and a storage unit. Mr. Montiel did not flee after that search. He is not alleged to have had any further illegal conduct since then, and has been working hard to support his family, as documented by his wife, Marisol Montiel, who will be present, in court, for the hearing on July the 8th, and can answer any questions the Court may have regarding the Defendant. Mr. Montiel's son is currently serving in the U.S. Navy. The defendant and his wife have a 9 year old daughter together.  Though his parents now live in Mexico, and he lived and attended grade school there for a while, he was born in Southern California and has resided there continuously most of his life. Mr. Montiel is homeowner. If he was going to flee he certainly could have and would have already. The Magistrate Judge in the Central District held a contested hearing, considered the Government's position, and agreed with the Pretrial Services recommendation. That Court found that ankle monitoring, an unsecured bond, a curfew and other standard conditions would insure his appearance and protect the community. It was noted that he is willing to submit to testing and attend a live-in drug program as a condition of his release. His wife, who has worked for the last 4 years providing reunification services for L.A. County (and for the 6 preceding years for the L.A. Dept. of Social Services) is willing to be a 3rd party custodian.

His record is, as the PTS report noted, "dated". His last conviction was 10 years ago, in 2014. Three of his four felony convictions were for possession of small amounts of methamphetamine for his personal use (13, 14 and 16 years ago). Those offenses are now misdemeanors.

For all of the above reasons and any additional information that maybe provided to the Court at the hearing, the Defendant submits this opposition to the Government's motion.

**Date: June 27, 2024**               /s/ *Peter M. Jones*

                                      Peter M. Jones, Attorney for Def.

                                      Adolfo Montiel